

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2025

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Skye Xu*, 23 Cr. 133 (JMF)

Dear Judge Furman:

    The Government respectfully submits for the Court's consideration the attached proposed preliminary order of forfeiture and proposed order of restitution for defendant Skye Xu, both of which the Government requests that the Court enter for the reasons stated in the Government's sentencing submission.[1] (*See* Dkt. 496, at 25-30).

                                    Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

        by:         /s/
                      Jerry Fang / Qais Ghafary
                      Danielle Kudla / Kevin Mead
                      Assistant United States Attorneys
                      Southern District of New York
                      (212) 637-2584/-2534/-2304/-2211

Cc: Counsel of Record (by ECF)

---

[1] In its sentencing submission, the Government erroneously stated that it was seeking forfeiture and restitution "consistent with the plea agreement." (*See* Dkt. 496, at 31). As this Court is aware, the defendant pleaded guilty to the Indictment without a plea agreement. The Government apologizes for this error.